■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIE J. PRUITT, Appellant. [926 NYS2d 335]

Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of criminal sale of a controlled substance in or near school grounds (Penal Law § 220.44 [2]). Contrary to defendant's contention, the sentence is not unduly harsh or severe. We note however, that the certificate of conviction incorrectly recites that defendant was convicted of criminal sale of a controlled substance in the third degree under Penal Law § 220.39 (1), and it must therefore be amended to reflect that he was convicted of criminal sale of a controlled substance in or near school grounds under Penal Law § 220.44 (2) (*see People v Saxton*, 32 AD3d 1286 [2006]). Present—Scudder, P.J., Smith, Peradotto, Lindley and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID SANCHEZ, Also Known as DAVID CANFIELD, Appellant. [926 NYS2d 838]

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Smith, Peradotto, Lindley and Green, JJ.